IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL NO. 08-461-DRH |
| | : | |
| ONE 2003 CHEVROLET TAHOE LT, | : | |
| VIN: 1GNEK13ZX3J215200, WITH ALL | : | |
| ACCESSORIES, ATTACHMENTS AND | : | |
| COMPONENTS THEREON, | : | |
| | : | |
| DEFENDANT. | : | |

## JUDGMENT AND DECREE FOR FORFEITURE

A default having been entered as to Dorie Lane, and all interested parties in the above case on the November 5, 2008, [Doc. No. 9], all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against said defaulted defendants and having filed a proper motion with me as to the requested relief;

On the 27th day of June, 2008, a Verified Complaint for Forfeiture against the defendant, more further described as:

**One 2003 Chevrolet Tahoe LT, VIN: 1GNEK13ZX3J215200, with all accessories, attachments and components thereon**

was filed on behalf of the plaintiff, United States of America. The Complaint alleges that said property constitutes a conveyance which was used or intended to be used, to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance, and is thus subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a warrant of arrest issued by this Court, the United States Marshal for this District seized said property on January 2, 2008;

That on September 10, 2008, September 17, 2008, and September 24, 2008, notice of this action was published in The Legal Reporter newspaper; the Certificate of Publication was filed with this court on November 5, 2008;

That notice of this action was also published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning August 21, 2008;

That Dorie Lane and all interested parties were defaulted for failure to file a claim or answer within the time permitted by the Supplemental Rules for Certain Admiralty and Maritime Claims.

Now, therefore, on motion of the plaintiff, United States of America, for a Judgment and Decree of Forfeiture, the property, more further described as:

**One 2003 Chevrolet Tahoe LT, VIN: 1GNEK13ZX3J215200, with all accessories, attachments and components thereon**

is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law by the United States Marshal.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff, United States of America, and against the defendant as described above.

DATE: November 19, 2008

/s/ David R Herndon
DAVID R. HERNDON
United States Chief Judge